United States District Court
for the District of Columbia

Edward Lee Morgan, Sr
v
District of Columbia office
of Attorney General
v
Karl L. Racine
v
Jhumur Razzacae
v
District of Columbia Mayor's office
    Muriel Bowser
v
District of Columbia Fire and
    EMS Department
    Gregory Dean
    Fire Chief
v
Office of Disciplinary Bar
Counsel for the District
    Becky Neal
v
Office of Employee Appeals
    Lois Hochhauser
v
Department of Health
    Ventris Gibson

Case # 19-1029-UNA

RECEIVED
JUN 24 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Amendment To Complaint*

On January 6, 2006, Mr. David E. Rosenbaum, a journalist, who worked for Capitol Hill was badly assaulted near his home in Northwest Washington, DC. The 911 system was activated. He was transported to the hospital, but the family wasn't satisfied with the care he received. The family filed a 20-million-dollar lawsuit against the DC government and Howard University Hospital. Part of the settlement between the Rosenbaum family and the city was the implication of Bill 17-596. This bill refers to Emergency Service Act of 2008.

The former Mayor, Adrian Fenty signed off on this and it was agreed upon with the city that the recommendations from the task force would begin immediately. Effective April 13, 2009, all members of the DC Fire and EMS Department had to become nationally registered emergency medical technicians. This didn't occur. The fire department violated this law.

After recovering from an on the job injury, I was ordered to take the National Registry exam. My complaint since this law was placed in effect was that everyone wasn't in compliance. Due to this inconsistency, I filed a complaint because of the disparity in treatment between single role providers and fire fighters on this issue.

I reached out to various leaders of the DC government and the Fire Department about this problem. The following individuals were contacted:
1. DC City Councilman, Phil Mendelson, chairman of the committee (no response),
2. David Catania, DC City Councilman who was responsible for Department of Health, (no response),
3. former Mayor Fenty, (no response),
4. Former Mayor Vincent Gray, his administrative assistant instructed me to mail or fax the information to be investigated. Thirty-four documents were faxed to 202-727-0505 on January 10, 2012. The transmission was successful, (no response),
5. current Mayor Muriel Bowser was sent certified mail, (no response),
6. On September 14, 2012 I met with the DC Office of the Inspector General and they never responded back to me after receiving my documentations to support my complaint.
7. Dr. Amy, who was the Acting Director for the Department of Health for the Certification Division, was sent a certified letter. He was also in attendance at another meeting involving my complaint.
8. I testified before the EMS Advisory Committee. This was implemented by former Mayor Vincent Gray and chaired by Mrs. Cynthiana Lightfoot, (no response).
9. former Fire Chief Kenneth Ellerbe was acting at the time termination was proposed for me. On Wednesday, January 20, 2011, Mr. Ellerbe, gave the order to return Sgt. Donald Lee, Nathaniel Howell and Gary Wilson back to Operations. This was wrong, they were not properly certified as Emergency Medical Technicians. His brother, Captain Kelton Ellerbe, was never certified as an Emergency Medical Technician.
10. current Fire Chief, Gregory Dean, was sent documentation about this matter, but it has been ignored, and
11. DC Office of the Attorney General, Corey P. Argust, was provided with documentation of members who weren't certified, but still working for the agency. Mr. Mokodean was the second attorney to represent the agency in this case and he received all the documents as well via certified mail. He did nothing before resigning the DC government. The third attorney, Jhumur Razzaque took over the case. While in OEA, she was ordered to conduct an investigation. Ms. Razzaque

was to submit documents of members who weren't certified. A copy was forwarded to the federal courts as well. She failed to do so. Her inactions caused an obstruction of justice and a violation under the law of discovery. I have a right to this information under the Freedom of Information Act. I believe the reason she and the other attorneys haven't turned this information over is because these individuals are still working.

I was served paperwork for termination. Ms. Kim McDaniels, hearing officer, reviewed the paperwork given to me. She stated that the criteria for termination wasn't met. OEA Judge Sommer J. Murphy, Esquire, ruled in my favor. However, the agency appealed that decision. Then the Board of Judges ruled in my favor. The agency ignored that as well.

The last OEA Judge Lois Hochhauser, Esquire, was appointed to my case for review per the DC Superior Court. She was given all the documentation. She refused to accept the evidence presented to her. It became apparent to me that she was being biased for the city. There were moments during the hearing when she was rude to me as well. It has been seven years that my case has been in OEA. I have never heard of anyone else's case being held up this long. That is why a decision was made to remove my case from OEA and submit it into federal court for proper review/evaluation.

Dear Judge, please take the time to review the information being presented to you. The officials involved in my case believe they can do anything they desire without fear of reprimand. How can the agency enforce the law for one group of individuals (single role providers) and not others (fire fighters)? They are clearly violating their own laws. I exposed the DC government and Fire Department officials. They should have returned me back to full duty some time ago. When mediation was attempted, they ignored me and I remained terminated. These past seven years have caused me a great hardship. My daughter was on my health plan and being treated for her cancer. She arrived at Kaiser for treatment and was turned away because the insurance was cancelled. I lost my residence because I was unable to keep up with the payments. I am only standing up for my rights the only way I know how. Other members who were terminated are afraid to take a stand for fear of retaliation. Please hold this government and its agencies accountable for their actions and criminal violations. I should have been back to work a long time ago. When you stand up for yourself, you are viewed as a 'troublemaker'. The treatment I have received is unfair and unjustified.

Documentation is available to verify all statements noted in this letter.

These are the violations the agency has committed:
1. EMS Act of 2008
2. Racketeering (RICO)
3. Fraud – 18 U.S. Code~1005, bank entries, reports and transactions
4. Douglas vs Veteran Administration under Article 6
5. The agencies own policies, to include Whistle Blower Act
6. Brodies's Law (bullying)
7. Premeditated conspiracy
8. Discrimination towards me and other members of Local 3721
9. Disparity in treatment

10. DPM, Chapter 16 Article 4 section G
11. Retaliation
12. Title 29~Labor is a federal law as well
13. Hostile working environment
14. Harassment
15. Coercing and intimidation
16. Civil rights violations

Thank you for your time and attention to this matter.

*[signature]*

6-24-2019

*[signature]* Edward Lee Morgan, Sr.