

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD LEE MORGAN, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA OFFICE ) <br> OF ATTORNEY GENERAL, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 19-1029 (UNA) |

**MEMORANDUM OPINION**

Because the plaintiff's original complaint (ECF No. 1) did not did not include a clear statement of what cause(s) of action the plaintiff intends to pursue against which defendant(s), the Court directed the plaintiff to amend his complaint. The Court has reviewed the plaintiff's subsequent submissions (ECF Nos. 5-6) and finds the plaintiff still has not identified the specific causes of action he intends to bring, against whom, and in what capacity, and has failed to allege facts supporting each claim. Further, it remains unclear whether or under what authority the plaintiff's claims properly proceed in this federal district court. Taken together, the plaintiff has not set forth a short and plain statement of the claim showing the plaintiff's entitlement to relief and the grounds upon which the Court's jurisdiction depends, as are required under Federal Rule of Civil Procedure 8(a). For this reason, the Court will dismiss the complaint, as amended, and this civil action without prejudice.

An Order is issued separately.

DATE: July 2, 2019

United States District Judge